1  ZIMMERMAN REED, LLP
2  CHRISTOPHER P. RIDOUT (SBN 143931)
     Email: christopher.ridout@zimmreed.com
3  HANNAH BELKNAP (SBN 294155)
     Email: hannah.belknap@zimmreed.com
4  2381 Rosecrans Avenue, Suite 328
   Manhattan Beach, CA 90245
5  (877) 500-8780 Telephone
   (877) 500-8781 Facsimile
6
   *Attorneys for Plaintiff*
7
   *(Additional Counsel Listed Below)*
8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| ECONO-MED PHARMACY, INC., on behalf of itself and all others similarly situated,<br><br>                  Plaintiff,<br><br>      v.<br><br>DENTAL EQUITIES, LLC; PEERUNITED, LLC; PEER EQUITIES, LLC; and DOES 1 to 50, inclusive,<br><br>                  Defendants. | Case No. 8:16-cv-00712-JVS (DFMx)<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

NOTICE OF DISMISSAL WITH PREJUDICE
1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that named Plaintiff Econo-Med Pharmacy, Inc. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a), hereby voluntarily dismisses its individual claims only against Defendants Dental Equities, LLC; PeerUnited, LLC; Peer Equities, LLC (collectively, "Defendants"), in the above-captioned action, with prejudice. As Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment, Court approval is not required for this dismissal. *See* Fed. R. Civ. P. 41(a)(i). Likewise, though Plaintiff filed this action as a class action, no class has been certified as to its individual claims. Thus, Rule 23(e) does not require court approval to dismiss Plaintiff's claims. Fed. R. Civ. P. 23(e).

Respectfully submitted,

ZIMMERMAN REED, LLP

Date: June 30, 2016   By:   /s/ Christopher P. Ridout
Christopher P. Ridout
Hannah Belknap
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
(877) 500-8780 Telephone
(877) 500-8781 Facsimile

RANDY K. PULLIAM
rpulliam@cbplaw.com
2800 Cantrell Rd., Suite 510
Little Rock, AR 72202
(501) 312-8500 Telephone
(501) 312-8505 Facsimile

*Attorneys for Plaintiff*